```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 26573
   VALERIE TAYLOR
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1976

-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 07/16/2004 and was confirmed 10/25/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  18.01% from remaining funds.

     The case was paid in full 09/11/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED               3477.50      300.06        3477.50
HSBC AUTO FINANCE          UNSECURED                 .00         .00            .00
ALLIED INTERSTATE          UNSECURED          NOT FILED         .00            .00
BLOCKBUSTER                UNSECURED          NOT FILED         .00            .00
CBCS                       UNSECURED          NOT FILED         .00            .00
CITY OF CHICAGO PARKING    UNSECURED OTH       1195.00          .00          215.18
EDUCATIONAL CREDIT MGMT    UNSECURED           15134.81         .00         2726.23
ENCORE RECEIVABLES         UNSECURED          NOT FILED         .00            .00
I C SYSTEMS INC            UNSECURED          NOT FILED         .00            .00
MCI RESIDENTIAL SERVICES   UNSECURED          NOT FILED         .00            .00
MCI RESIDENTIAL SERVICES   UNSECURED          NOT FILED         .00            .00
NCO FINANCIAL SYSTEMS      UNSECURED          NOT FILED         .00            .00
NICOR GAS                  UNSECURED             130.28         .00           23.47
NORTH SHORE AGENCY INC     UNSECURED          NOT FILED         .00            .00
NORTH SHORE AGENCY INC     UNSECURED          NOT FILED         .00            .00
NORTH SHORE AGENCY INC     UNSECURED          NOT FILED         .00            .00
SHERMAN ACQUISITION        UNSECURED            1013.51         .00          182.56
AMERITECH CELLULAR         UNSECURED          NOT FILED         .00            .00
AMERITECH CELLULAR         UNSECURED          NOT FILED         .00            .00
VAN RU CREDIT CORPORATIO   UNSECURED          NOT FILED         .00            .00
VILLAGE OF OAK PARK        UNSECURED          NOT FILED         .00            .00
HOUSEHOLD AUTOMOTIVE FIN   NOTICE ONLY       NOT FILED          .00            .00
AT & T BANKRUPCTY          UNSECURED            1687.52         .00          303.97
BANK ONE HOME EQUITY       UNSECURED          NOT FILED         .00            .00
LENDER SIR FINANCE         FILED LATE             .00           .00            .00
MERCHANTS CREDIT GUIDE C   UNSECURED          NOT FILED         .00            .00
HSBC AUTO FINANCE          UNSECURED            1062.95         .00          191.47
SIR FINANCE                UNSECURED          NOT FILED         .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY         1,639.20                     1,639.20
TOM VAUGHN                 TRUSTEE                                            516.36
DEBTOR REFUND              REFUND                                              68.60


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 26573 VALERIE TAYLOR
```

Summary of Receipts and Disbursements:

---

|                       | RECEIPTS  | DISBURSEMENTS |
|-----------------------|-----------|---------------|
| TRUSTEE               | 9,644.60  |               |
| PRIORITY              |           | .00           |
| SECURED               |           | 3,477.50      |
| INTEREST              |           | 300.06        |
| UNSECURED             |           | 3,642.88      |
| ADMINISTRATIVE        |           | 1,639.20      |
| TRUSTEE COMPENSATION  |           | 516.36        |
| DEBTOR REFUND         |           | 68.60         |
| TOTALS                | 9,644.60  | 9,644.60      |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/03/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE

                         PAGE   2
        CASE NO. 04 B 26573 VALERIE TAYLOR